CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.  )   Civil/Criminal No.: __22-CR-309 (TNM)__
)
ARTIE BYRD )
)

### NOTE FROM JURY

We would like more water bottles and to adjust the temperature in the jury room.

Date: Feb 3, 2023

Time: 2:40 pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs. )   Civil/Criminal No.: 22-CR-309 (TNM)
)
ARTIE BYRD )
)

### NOTE FROM JURY

We are unable to reach a verdict today. We would like to break until Monday at 10am.

Date: 2/3/23

Time: 4:55 pm

FOREPERSON